[No. 16100-5-III.    Division Three.    April 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADFORD JAY
ERICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 95-1-00077-1, Kathleen M. O'Connor,
J., entered August 23, 1996. *Affirmed* by unpublished
opinion per Brown, J., concurred in by Kurtz, A.C.J., and
Sweeney, J.


[No. 16555-8-III.    Division Three.    April 16, 1998.]

JAMES LEE BARKER, *Appellant*, v. THE DEPARTMENT OF
LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 96-2-00307-9, Jack Burchard, J., entered
March 12, 1997. *Affirmed* by unpublished opinion per Kato,
J., concurred in by Schultheis, C.J., and Kurtz, J.


[No. 19916-5-II.    Division Two.    April 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE
ANDREW MASTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-00505-5, Robert L. Harris, J., entered
September 15, 1995. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Houghton, C.J., and Bridge-
water, J.


[No. 20634-0-II.    Division Two.    April 17, 1998.]

*In the Matter of the Marriage of* JADE BARTH, ET AL.,
*Respondents*, CHARLES J. BARTH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 28715-6, Fred Stewart, J. Pro Tem., entered
March 7, 1996. *Affirmed* by unpublished opinion per Hunt,
J., concurred in by Houghton, C.J., and Bridgewater, J.